# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) v. ) ) EXEL INCORPORATED, ) ) Defendant. ) ) | CIVIL ACTION NO. 1:07-CV-2177-TWT-AJS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, file this Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), seeking to dismiss with prejudice all claims of Plaintiff against Defendant Exel Incorporated. All parties will bear their respective attorneys' fees and costs.

Dated this 27th day of October, 2008.

                                                Respectfully submitted,

/s/ Robert Dawkins                    /s/ David R. Kresser
Georgia Bar No. 076206            Georgia Bar No. 429615

/s/ Suzanne J. Carelli
Georgia Bar No. 076142

U.S. Equal Employment             Fisher & Phillips LLP
Opportunity Commission            1500 Resurgens Plaza

Atlanta District Office
100 Alabama St., SW, Suite 4R30
Atlanta, GA  30303
Telephone:  (404) 562-6852
Attorneys for Plaintiff

945 East Paces Ferry Road
Atlanta, GA  30326-1125
Telephone:  (404) 231-1400
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br><br>Plaintiff, )<br><br>v. )<br><br>EXEL INCORPORATED, )<br><br>Defendant. ) | CIVIL ACTION NO.<br>1:07-CV-2177-TWT-AJS |

### CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2008, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which will automatically email notification of such filing to the following attorney of record:

David R. Kresser
FISHER & PHILLIPS LLP
1500 Resurgens Plaza
945 East Paces Ferry Road
Atlanta, GA 30326
Telephone: (404) 231- 1400
Facsimile: (404) 240-4249

Respectfully submitted,

3

                        <u>s/ Suzanne J. Carelli</u>
                        SUZANNE J. CARELLI
                        Georgia Bar No. 076142

                        EQUAL EMPLOYMENT OPPORTUNITY
                        COMMISSION- Atlanta District Office
                        100 Alabama Street SW, Suite 4R30
                        Atlanta, GA 30303
                        Telephone: (404) 562- 6842
                        Facsimile: (404) 562- 6905